UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
MARK B. WEINRAUB,                                     :
                                                      :
                    Plaintiff,                        :
                                                      :
    - against -                                       :
                                                      :         **ORDER**
                                                      :
GLEN RAUCH SECURITIES, INC.,                          :
BEAR STEARNS & CO., NASD                              :         05 Civ. 4072 (SAS)
DISPUTE RESOLUTION, INC.,                             :
VALLEY NATIONAL BANK, MARK                            :
MENDLEY, DAVID C. CARTER, and                         :
DAVID R. BOLNICK,                                     :
                                                      :
                    Defendants.                       :
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/06
```

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      For the reasons stated in my February 17, 2006 Opinion and Order

(issued under seal), I award a judgment of sanctions against attorney Alan Paul

Weinraub in the amount of $10,000. Of this amount, $8,200 is payable to

defendant Glen Rauch Securities, Inc., and $1,800 is payable to defendant NASD

Dispute Resolution, Inc. The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              February 17, 2006